XAVIER BECERRA
Attorney General of California
MICHELLE DES JARDINS
Supervising Deputy Attorney General
CHRISTOPHER H. FINDLEY
Deputy Attorney General
State Bar No. 174972
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9541
 Fax: (619) 645-2581
 E-mail: Christopher.Findley@doj.ca.gov
*Attorneys for Defendants D. Paramo, J. McGee, I. Bravo, D. Ramos, E. Cruz, W. Edrozo, J. Duran, and J. Salazar*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONNIE L. MOODY, et al.,** | 3:18-cv-01110-WQH-AGS |
| Plaintiffs, | **DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| v. | |
| **DANIEL PARAMO, et al.,** | **[DEMAND FOR JURY TRIAL]** |
| Defendants. | |

Defendants D. Paramo, J. McGee, I. Bravo, D. Ramos, E. Cruz, W. Edrozo, J. Duran, and J. Salazar hereby answer Plaintiffs' First Amended Complaint (ECF No. 48) as follows:

1. Answering Paragraph 1 of the First Amended Complaint, Defendants admit that jurisdiction is proper in this Court.

2. Answering Paragraph 2 of the First Amended Complaint, Defendants admit that venue is proper in this Court.

///

3. Answering Paragraph 3 of the First Amended Complaint, Defendants admit that Plaintiff Ronnie L. Moody was an inmate incarcerated at the Richard J. Donovan Correctional Facility in San Diego, California, on July 17, 2017. Defendants deny the remaining allegations in this paragraph.

4. Answering Paragraph 4 of the First Amended Complaint, Defendants admit that Plaintiff Gary L. Deans was an inmate incarcerated at the Richard J. Donovan Correctional Facility in San Diego, California, on July 17, 2017. Defendant admit that Plaintiff Deans is currently incarcerated at Salinas Valley State Prison.

5. Answering Paragraph 5 of the First Amended Complaint, Defendants admit that Plaintiff Billy R. Williams was an inmate incarcerated at the Richard J. Donovan Correctional Facility in San Diego, California, on July 17, 2017. Defendant admit that Plaintiff Deans is currently incarcerated at Kern Valley State Prison.

6. Answering Paragraph 6 of the First Amended Complaint, Defendants admit that Plaintiff Donnel E. Jones is an inmate incarcerated at the Richard J. Donovan Correctional Facility in San Diego, California.

7. The claims against the California Department of Corrections and Rehabilitation (CDCR) have been dismissed. *See* ECF No. 55 at 21. Defendants therefore do not answer the allegations in this paragraph.

8. Answering Paragraph 8 of the First Amended Complaint, Defendants deny that Defendant is the warden at the Richard J. Donovan Correctional Facility in San Diego, California. Defendants admit that Defendant Paramo was the warden of the Richard J. Donovan Correctional Facility on July 17, 2017. Defendants deny any agency allegations in this paragraph.

9. Answering Paragraph 9 of the First Amended Complaint, Defendants admit that Defendants J. McGee, J. Salazar, D. Ramos, J. Herrera, W. Edrozo, E. Cruz, J. Duran, and I Bravo, are law enforcement officers employed by CDCR. As

2

Answer to First Am. Compl. (3:18-cv-01110-WQH-AGS)

to the remaining Defendants, the answering Defendants do not have sufficient information or knowledge to respond to the allegations, and on that basis deny the allegations.  Defendants deny all agency allegations.

10.   Answering Paragraph 10 of the First Amended Complaint, Defendants do not have sufficient information or knowledge to respond to the allegations in this paragraph, and on that basis deny the allegations.

11.   Answering Paragraph 11 of the First Amended Complaint, Defendants deny that Plaintiffs exhausted all of the claims alleged in the First Amended Complaint in the manner required by the California Government Claims Act.

12.   Answering Paragraph 12 of the First Amended Complaint, Defendants admit that Plaintiff Moody's claim was rejected by the California Department of General Services.

13.   Answering Paragraph 13 of the First Amended Complaint, Defendants admit that Plaintiff Dean's claim was rejected by the California Department of General Services.

14.   Answering Paragraph 14 of the First Amended Complaint, Defendants admit that Plaintiff Williams's claim was rejected by the California Department of General Services.

15.   Answering Paragraph 15 of the First Amended Complaint, Defendants admit that Plaintiff Jones's claim was rejected by the California Department of General Services.

16.   Answering Paragraph 16 of the First Amended Complaint, Defendants deny all of the allegations in this paragraph.

17.   Answering Paragraph 17 of the First Amended Complaint, Defendants admit that RJDCF is a correctional facility that provides treatment to prisoners with severe mental illness and medical concerns.

18.   Answering Paragraph 18 of the First Amended Complaint, Defendants deny that Defendant is the warden at the Richard J. Donovan Correctional Facility

3

Answer to First Am. Compl. (3:18-cv-01110-WQH-AGS)

1 | in San Diego, California.  Defendants admit that Defendant Paramo was the warden
2 | of the Richard J. Donovan Correctional Facility on July 17, 2017.
3 |   19. Answering Paragraph 19 of the First Amended Complaint, Defendants
4 | deny all of the allegations in this paragraph.
5 |   20. Answering Paragraph 20 of the First Amended Complaint, Defendants
6 | deny all of the allegations in this paragraph.
7 |   21. Answering Paragraph 21 of the First Amended Complaint, Defendants
8 | deny all of the allegations in this paragraph.
9 |   22. Answering Paragraph 22 of the First Amended Complaint, Defendants
10 | deny all of the allegations in this paragraph.
11 |   23. Answering Paragraph 23 of the First Amended Complaint, Defendants
12 | admit the allegations in this paragraph.
13 |   24. Answering Paragraph 24 of the First Amended Complaint, Defendants
14 | admit the allegations in this paragraph.
15 |   25. Answering Paragraph 25 of the First Amended Complaint, Defendants
16 | admit the allegations in this paragraph.
17 |   26. Answering Paragraph 26 of the First Amended Complaint, Defendants
18 | admit the allegations in this paragraph.
19 |   27. Answering Paragraph 27 of the First Amended Complaint, Defendants
20 | admit the allegations in this paragraph.
21 |   28. Answering Paragraph 28 of the First Amended Complaint, Defendants
22 | admit the allegations in this paragraph.
23 |   29. Answering Paragraph 29 of the First Amended Complaint, Defendants
24 | deny the allegations in this paragraph.
25 |   30. Answering Paragraph 30 of the First Amended Complaint, Defendants
26 | admit the allegations in this paragraph.
27 |   31. Answering Paragraph 31 of the First Amended Complaint, Defendants
28 | admit an alarm sounded in an area outside of housing unit 14.  Defendants do not

4

Answer to First Am. Compl. (3:18-cv-01110-WQH-AGS)

have sufficient knowledge or information to know what Defendants mean by "the Otay Mesa facility" and deny such allegations.

32. Answering Paragraph 32 of the First Amended Complaint, Defendants admit the allegations in this paragraph.

33. Answering Paragraph 33 of the First Amended Complaint, Defendants admit the allegations in this paragraph.

34. Answering Paragraph 34 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

35. Answering Paragraph 35 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

36. Answering Paragraph 36 of the First Amended Complaint, Defendants deny the allegations in this paragraph. Plaintiff Moody attacked Counselor Fuerte, and pled guilty to assault with a deadly weapon.

37. Answering Paragraph 37 of the First Amended Complaint, Defendants admit that the tower officer observed Moody attacking Fuerte.

38. Answering Paragraph 38 of the First Amended Complaint, Defendants admit that the tower officer fired his block gun, but deny that the block gun hit Fuerte.

39. Answering Paragraph 39 of the First Amended Complaint, Defendants admit the allegations in this paragraph.

40. Answering Paragraph 40 of the First Amended Complaint, Defendants admit the allegations in this paragraph.

41. Answering Paragraph 41 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

42. Answering Paragraph 42 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

43. Answering Paragraph 43 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

5

Answer to First Am. Compl. (3:18-cv-01110-WQH-AGS)

44. Answering Paragraph 44 of the First Amended Complaint, Defendants admit that Plaintiff Moody was placed in handcuffs after he attacked Fuerte, but deny that any of the Defendants used excessive force against Moody.

45. Answering Paragraph 45 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

46. Answering Paragraph 46 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

47. Answering Paragraph 47 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

48. Answering Paragraph 48 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

49. Answering Paragraph 49 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

50. Answering Paragraph 50 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

51. Answering Paragraph 51 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

52. Answering Paragraph 52 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

53. Answering Paragraph 53 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

54. Answering Paragraph 54 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

55. Answering Paragraph 55 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

56. Answering Paragraph 56 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

///

6

Answer to First Am. Compl. (3:18-cv-01110-WQH-AGS)

57. Answering Paragraph 57 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

58. Answering Paragraph 58 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

59. Answering Paragraph 59 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

60. Answering Paragraph 60 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

61. Answering Paragraph 61 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

62. Answering Paragraph 62 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

63. Answering Paragraph 63 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

64. Answering Paragraph 64 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

65. Answering Paragraph 65 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

66. Answering Paragraph 66 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

67. Answering Paragraph 67 of the First Amended Complaint, Defendants admit that Plaintiff Deans got up, and attacked Defendant Salazar.  Defendants deny the remaining allegations in this paragraph.

68. Answering Paragraph 68 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

69. Answering Paragraph 69 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

///

70. Answering Paragraph 70 of the First Amended Complaint, Defendants admit that Plaintiff Jones got up, and attempted to attack Defendant Salazar. Defendants deny the remaining allegations in this paragraph.

71. Answering Paragraph 71 of the First Amended Complaint, Defendants admit that Defendant Edrozo took Jones to the floor to prevent Jones from attacking Defendant Salazar. Defendants deny the remaining allegations in this paragraph.

72. Answering Paragraph 72 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

73. Answering Paragraph 73 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

74. Answering Paragraph 74 of the First Amended Complaint, Defendants admit that Jones had an x-ray on his arm, which revealed no broken bones. Defendants deny the remaining allegations in this paragraph.

75. Answering Paragraph 75 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

76. Answering Paragraph 76 of the First Amended Complaint, Defendants admit the allegations in this paragraph.

77. Answering Paragraph 77 of the First Amended Complaint, Defendants admit the allegations in this paragraph.

78. Answering Paragraph 78 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

79. Answering Paragraph 79 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

80. Answering Paragraph 80 of the First Amended Complaint, Defendants admit that Defendant Bravo escorted Plaintiff Williams. Defendants deny the remaining allegations in this paragraph.

81. Answering Paragraph 81 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

8

Answer to First Am. Compl. (3:18-cv-01110-WQH-AGS)

82. Answering Paragraph 82 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

83. Answering Paragraph 83 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

84. Answering Paragraph 84 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

85. Answering Paragraph 85 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

86. Answering Paragraph 86 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

87. Answering Paragraph 87 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

88. Answering Paragraph 88 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

89. Answering Paragraph 89 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

90. Answering Paragraph 90 of the First Amended Complaint, Defendants admit that there was cell phone video from July 17, 2017, but deny that the video supports Plaintiff's allegations.

91. Answering Paragraph 91 of the First Amended Complaint, Defendants admit that CDCR issued a press release, but deny the press release was inaccurate.

92. Answering Paragraph 92 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

93. Answering Paragraph 93 of the First Amended Complaint, Defendants admit that Plaintiffs were charged with assaulting prison staff. Defendants deny the remaining allegations in this paragraph.

94. Answering Paragraph 94 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

9

Answer to First Am. Compl. (3:18-cv-01110-WQH-AGS)

95. Answering Paragraph 95 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

96. Answering Paragraph 96 of the First Amended Complaint, Defendants admit that Plaintiffs Moody, Deans, and Williams were transferred to other facilities, and that Plaintiff Jones remained at RJDCF. Defendants deny the remaining allegations in this paragraph.

97. Answering Paragraph 97 of the First Amended Complaint, Defendants admit that Plaintiffs failed to exhaust their prison grievances. Defendants deny the remaining allegations in this paragraph.

98. Answering Paragraph 98 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

99. Answering Paragraph 99 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

100. Answering Paragraph 100 of the First Amended Complaint, Defendants do not have sufficient information or knowledge to deny the allegations in this paragraph, and on that basis, deny the allegations.

101. Answering Paragraph 101 of the First Amended Complaint, Defendants do not have sufficient information or knowledge to deny the allegations in this paragraph, and on that basis, deny the allegations.

102. Answering Paragraph 102 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

103. Answering Paragraph 103 of the First Amended Complaint, the allegations in this paragraph are legal conclusions, and Defendants therefore do not respond.

104. Answering Paragraph 104 of the First Amended Complaint, Defendants incorporate their previous denials into this paragraph.

105. Answering Paragraph 105 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

10

Answer to First Am. Compl. (3:18-cv-01110-WQH-AGS)

106. Answering Paragraph 106 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

107. Answering Paragraph 107 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

108. Answering Paragraph 108 of the First Amended Complaint, the allegations in this paragraph are legal conclusions, and Defendants therefore do not respond.

109. Answering Paragraph 109 of the First Amended Complaint, Defendants incorporate their previous denials into this paragraph.

110. Answering Paragraph 110 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

111. Answering Paragraph 111 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

112. Answering Paragraph 112 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

113. Answering Paragraph 113 of the First Amended Complaint, the allegations in this paragraph are legal conclusions, and Defendants therefore do not respond.

114. Answering Paragraph 114 of the First Amended Complaint, Defendants incorporate their previous denials into this paragraph.

115. Answering Paragraph 115 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

116. Answering Paragraph 116 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

117. Answering Paragraph 117 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

118. The Court has dismissed Plaintiffs' Fourth and Fifth Claims, and Defendants therefore do not respond to Paragraphs 118 through 129.

11

Answer to First Am. Compl. (3:18-cv-01110-WQH-AGS)

119. Answering Paragraph 130 of the First Amended Complaint, the allegations in this paragraph are legal conclusions, and Defendants therefore do not respond.

120. Answering Paragraph 131 of the First Amended Complaint, Defendants incorporate their previous denials into this paragraph.

121. Answering Paragraph 132 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

122. Answering Paragraph 133 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

123. Answering Paragraph 134 of the First Amended Complaint, the allegations in this paragraph are legal conclusions, and Defendants therefore do not respond.

124. Answering Paragraph 135 of the First Amended Complaint, Defendants incorporate their previous denials into this paragraph.

125. Answering Paragraph 136 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

126. Answering Paragraph 137 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

127. Answering Paragraph 138 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

128. Answering Paragraph 139 of the First Amended Complaint, the allegations in this paragraph are legal conclusions, and Defendants therefore do not respond.

129. Answering Paragraph 140 of the First Amended Complaint, Defendants incorporate their previous denials into this paragraph.

130. Answering Paragraph 141 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

///

12

Answer to First Am. Compl. (3:18-cv-01110-WQH-AGS)

131. Answering Paragraph 142 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

132. Answering Paragraph 143 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

133. Answering Paragraph 144 of the First Amended Complaint, the allegations in this paragraph are legal conclusions, and Defendants therefore do not respond.

134. Answering Paragraph 145 of the First Amended Complaint, Defendants incorporate their previous denials into this paragraph.

135. Answering Paragraph 146 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

136. Answering Paragraph 147 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

137. Answering Paragraph 148 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

138. Answering Paragraph 149 of the First Amended Complaint, the allegations in this paragraph are legal conclusions, and Defendants therefore do not respond.

139. Answering Paragraph 150 of the First Amended Complaint, Defendants incorporate their previous denials into this paragraph.

140. Answering Paragraph 151 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

141. Answering Paragraph 152 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

142. Answering Paragraph 153 of the First Amended Complaint, Defendants deny the allegations in this paragraph.

///

///

143. Answering Plaintiffs' prayer for relief, Defendants deny that Plaintiffs are entitled to damages, interest, litigation expenses, costs, or any other relief whatsoever.

## AFFIRMATIVE DEFENSES

Defendants assert the following separate and affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE
## (FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES)

Plaintiffs' claims are barred by 42 U.S.C. § 1997e(a), in that Plaintiffs failed to exhaust administrative remedies or file a government claim as to Defendants and/or claims asserted in this action. Defendants further assert that Plaintiffs' claims are barred because Plaintiffs failed to comply with the requirements of the California Government Claims Act, Cal. Gov't Code, § 800 *et seq.*, failed to substantially comply with the Act, or failed to submit a claim that adequately conforms with the claims asserted in the Complaint.

## SECOND AFFIRMATIVE DEFENSE
## (QUALIFIED IMMUNITY)

Defendants are entitled to qualified immunity because there can be no constitutional violation based on the facts alleged or presented, and because Defendants' conduct did not violate clearly established law of which a reasonable person would have known. At all relevant times, Defendants acted within the scope of discretion, with due care, with a good faith fulfillment of responsibilities pursuant to applicable statutes, rules, regulations, and practices, and with the good-faith belief that the actions comported with the Constitution and all applicable federal and state laws.

/ / /

/ / /

/ / /

/ / /

14

Answer to First Am. Compl. (3:18-cv-01110-WQH-AGS)

## THIRD AFFIRMATIVE DEFENSE
## (FAILURE TO MITIGATE)

Plaintiffs' claims for damages are barred, or should be reduced, because Plaintiffs failed to exercise reasonable diligence to mitigate the nature and extent of all claims and alleged injuries.

## FOURTH AFFIRMATIVE DEFENSE
## (THIRD PARTIES)

To the extent Plaintiffs sustained damages by reason of the matters alleged in the First Amended Complaint, which Defendants hereby deny, those damages were caused in whole or in part by the negligence or fault of third persons for whose actions Defendants were in no way responsible.

## FIFTH AFFIRMATIVE DEFENSE
## (ELEVENTH AMENDMENT IMMUNITY)

To the extent Plaintiffs allege claims against Defendants in their official capacity, Defendants are immune under the Eleventh Amendment.

## SIXTH AFFIRMATIVE DEFENSE
## (*Heck v. Humphrey*, 512 U.S. 477 (1994))

Plaintiffs' claims are barred under the doctrine in *Heck v. Humphrey*, 512 U.S. 477 (1994).

## SEVENTH AFFIRMATIVE DEFENSE
## (IMMUNITY)

Defendants have immunity from liability for the acts alleged in the Complaint, including, but not limited to immunities under California Government Code sections 820.2, 844.6, 845, 845.2, 845.6, and 8655.

## DEMAND FOR JURY TRIAL

Defendants demand a jury trial on all issues presented by Plaintiffs' First Amended Complaint.

///

15

Answer to First Am. Compl. (3:18-cv-01110-WQH-AGS)

**PRAYER FOR RELIEF**

Defendants pray that:

1. Judgment be rendered in favor of Defendants and against Plaintiffs;
2. Plaintiffs take nothing by the First Amended Complaint;
3. Defendants be awarded costs of suit;
4. Defendants be awarded attorney fees; and
5. Defendants be awarded any other relief the Court deems proper.

Dated:  March 17, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MICHELLE DES JARDINS
Supervising Deputy Attorney General

*/s/Christopher H. Findley*
CHRISTOPHER H. FINDLEY
Deputy Attorney General
*Attorneys for Defendants D. Paramo, J. McGee, I. Bravo, D. Ramos, E. Cruz, W. Edrozo, J. Duran, and J. Salazar*

SD2018701038
72202890.docx

16

Answer to First Am. Compl. (3:18-cv-01110-WQH-AGS)

# CERTIFICATE OF SERVICE

Case Name: **Ronnie L. Moody, et al v. CDCR, et al.**
USDC Southern District Case No.:   **3:18-cv-01110-WQH-AGS**

I hereby certify that on **March 17, 2020**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **March 17, 2020**, at San Diego, California.

| T. Zendejas | Signature |
|---|---|
| Declarant | |

SD2018701038
72204807.docx