Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:  (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:         mark@markmerin.com
                      paul@markmerin.com

Attorneys for Plaintiffs
RONNIE L. MOODY, GARY T. DEANS,
BILLY R. WILLIAMS, and DONNEL E. JONES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| RONNIE L. MOODY, et al., | Case No. 3:18-cv-01110-WQH-AGS |
|---|---|
| Plaintiffs, | |
| vs. | **PLAINTIFFS' RESPONSE AND OBJECTION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

## I.   INTRODUCTION

Plaintiffs Gary T. Deans and Donnel E. Jones (collectively, "Plaintiffs") submit the following response and objection to Defendants California Department of Corrections and Rehabilitation ("CDCR"), Daniel Paramo/Marcus Pollard, J. McGee, J. Salazar, D. Ramos, J. Herrera, W. Edrozo, E. Cruz, J. Duran, and I. Bravo's (collectively, "Defendants") request for judicial notice in support of the Fed. R. Civ. P. 56(c) motion for summary judgment (ECF Nos. 56-8 [RJN] & 56-9 [Exhibit]).

## II.   STATEMENT OF RELEVANT FACTS

Generally, this action arises out of an incident occurring on July 17, 2017, at the

1

**PLAINTIFFS' RESPONSE AND OBJECTION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**
*Moody v. Cal. Dept' of Corr. & Rehab.*, U.S. District Court, S.D. Cal., Case No. 3:18-cv-01110-WQH-AGS

1  Richard J. Donovan Correctional Facility ("RJDCF") located in San Diego, California.
2       On May 31, 2018, Plaintiffs Ronnie L. Moody, Gary T. Deans, Billy R. Williams,
3  and Donnel E. Jones filed the Complaint initiating this action. (ECF No. 1 [Compl.].)
4       On September 26, 2019, Plaintiffs filed the currently-operative First Amended
5  Complaint. (ECF No. 48 [FAC].)
6       On March 9, 2020, Defendants filed the instant Fed. R. Civ. P. 56(c) motion for
7  summary judgment, seeking dismissal of the following claims: (1) Plaintiff Jones's
8  "First, Third, and Sixth Claims" for declaratory/injunctive relief alleged against
9  Defendant Paramo/Pollard; (2) Plaintiff Jones's "Second Claim" for alleged retaliation;
10 and (3) Plaintiffs Deans and Jones's "Third Claim" for alleged conspiracy. (ECF No. 56
11 [MSJ].) Defendants also filed a request for judicial notice in supporting of the motion,
12 seeking to introduce a copy of a "Felony Abstract of Judgment for Ronnie Moody for
13 Assault with a Deadly Weapon by Prisoner, dated February 6, 2018." (ECF Nos. 56-8
14 [RJN] & 56-9 [Exhibit]).

### III.     RESPONSE AND OBJECTION

16 Plaintiffs object to Defendants' request for judicial notice (ECF Nos. 56-8 [RJN]
17 & 56-9 [Exhibit]), on the basis that the document to be noticed is <u>irrelevant</u> to the
18 Court's consideration or analysis of the instant motion for summary judgment.

### IV.     ARGUMENT

20 A court may take judicial notice of facts that "can be accurately and readily
21 determined from sources whose accuracy cannot reasonably be questioned." Fed. R.
22 Evid. 201(b)(2). For example, a court may take judicial notice of "matters of public
23 record." *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001). Plaintiffs do not
24 dispute that the document Defendants have offered for judicial notice—*i.e.*, a copy of a
25 "Felony Abstract of Judgment for Ronnie Moody for Assault with a Deadly Weapon by
26 Prisoner, dated February 6, 2018." (ECF Nos. 56-8 [RJN] & 56-9 [Exhibit])—is a
27 "matter of public record."
28       However, the fact that the character of a document is subject to judicial notice,

2

**PLAINTIFFS' RESPONSE AND OBJECTION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**
*Moody v. Cal. Dept' of Corr. & Rehab.*, U.S. District Court, S.D. Cal., Case No. 3:18-cv-01110-WQH-AGS

standing alone, does not obligate a court to take judicial notice. A court should decline to take judicial notice of matters which are "not relevant to the resolution" of the issue for which they are offered. *See*, *e.g.*, *Santa Monica Food Not Bombs v. City of Santa Monica*, 450 F.3d 1022, 1025 n.2 (9th Cir. 2006); *Flick v. Liberty Mut. Fire Ins. Co.*, 205 F.3d 386, 392 n.7 (9th Cir. 2000); *Ruiz v. City of Santa Maria*, 160 F.3d 543, 548 n.13 (9th Cir. 1998).

Defendants have offered no explanation as to why the document offered for judicial notice is relevant to the resolution of the instant motion for summary judgement. (*See* ECF Nos. 56-8 [RJN].) This is not sufficient. *See*, *e.g.*, *Vassel v. Carson Helicopters, Inc.*, 2014 U.S. Dist. LEXIS 65727, at *10-11 (E.D. Cal. May 13, 2014) ("[The party seeking judicial notice] provides no argument or legal authority to show the facts contained in … mere excerpts of public records are proper subjects of judicial notice."); *Liberi v. Taitz*, 2014 U.S. Dist. LEXIS 185204, at *9 (C.D. Cal. Feb. 7, 2014) ("[The parties seeking judicial notice] provide no argument as to why each of these documents is proper for judicial notice."); *Porter v. Campbell*, 2013 U.S. Dist. LEXIS 84175, at *8 (C.D. Ill. June 14, 2013) ("[The party seeking judicial notice] asserts that judicial notice is appropriate but makes no argument as to why these documents, in their entirety, are relevant to this case.").

Indeed, the document offered for judicial notice is <u>not relevant</u> to the resolution of the instant motion for summary judgment. The instant motion concerns Defendants' request that some (but not all) of Plaintiffs Deans and Jones's claims be dismissed. (*See* ECF No. 56 [MSJ].) However, the motion does not seeking dismissal of <u>any</u> of Plaintiff Moody's claims. (*Id.*) As a result, a copy of a "Felony Abstract of Judgment for Ronnie Moody for Assault with a Deadly Weapon by Prisoner, dated February 6, 2018" (ECF Nos. 56-8 [RJN] & 56-9 [Exhibit]) is not relevant to the resolution of the instant motion.

## V.  CONCLUSION

For the reasons stated, Plaintiffs respectfully request the Court to deny Defendants' request for judicial notice in support of the Fed. R. Civ. P. 56(c) motion for

3

summary judgment.

Dated: April 6, 2020

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

By: _____
    Mark E. Merin
    Paul H. Masuhara

    Attorneys for Plaintiffs
    RONNIE L. MOODY, GARY T. DEANS,
    BILLY R. WILLIAMS, and DONNEL E. JONES

4

**PLAINTIFFS' RESPONSE AND OBJECTION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**
*Moody v. Cal. Dept' of Corr. & Rehab.*, U.S. District Court, S.D. Cal., Case No. 3:18-cv-01110-WQH-AGS