# CERTIFICATE OF SERVICE

*Moody v. Cal. Dep't of Corr. & Rehab.*

**U.S.D.C., Southern District of California, Case No. 3:18-cv-01110-WQH-AGS**

I certify that on April 6, 2020, I electronically filed the following documents with the Clerk of the Court by using the Court's CM/ECF system:

- PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
- PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS
- PLAINTIFFS' SEPARATE STATEMENT OF DISPUTED MATERIAL FACTS
- DECLARATION OF MARK E. MERIN
- DECLARATION OF DONNEL E. JONES
- PLAINTIFFS' RESPONSE AND OBJECTION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
- CERTIFICATE OF SERVICE

I certify that that service will be accomplished by the CM/ECF system on CM/ECF users registered in this case.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 6, 2020, at Sacramento, California.

*/s/ Paul H. Masuhara*
_____
Paul H. Masuhara