UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE L. MOODY, GARY T. DEANS, BILLY R. WILLIAMS, and DONNEL JONES Jr.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>RODRIGUEZ; J. MCGEE; J. SALAZAR; D. RAMOS; ADAMS; J. HERRERA; W. EDROZO; E. CRUZ; J. DURAN; AVILA; I. BRAVO; and DOES 1-50,<br><br>　　　　　　　　　　Defendants. | Case No.: 18cv1110-WQH-AGS<br><br>**ORDER** |

HAYES, Judge:

On March 28, 2022, the Court issued an Order scheduling trial and pretrial proceedings in this case. (ECF No. 88). The Order required the parties to file a proposed amended pretrial order containing the following amendment:

> For each claim listed in Section II of the pretrial order, the proposed amended pretrial order shall separately identify as to each Plaintiff the specific Defendant or Defendants against whom the claim is asserted. Any claim in the First Amended Complaint that is not listed in the pretrial order will be dismissed with prejudice pursuant to Civil Local Rule 16.1(f)(6)(c)(2).

(*Id.* at 2).

On April 15, 2022, the parties filed a proposed amended pretrial order. The parties' proposal reflects disagreement over the claims alleged in the Amended Complaint and the claims remaining to be tried. Plaintiffs state that their first, seventh, eighth, ninth, and tenth claims are brought by each Plaintiff against each defendant listed in the proposed amended pretrial order. Defendants state that each Plaintiff brings claims against only a subset of the Defendants listed.

To the extent that Defendants seek judgment on claims asserted by Plaintiffs in the proposed amended pretrial order on the basis that they are unsupported by facts or precluded/abated by the Court's prior orders, Defendants must file a motion. In the interest of expediting the litigation and clarifying the issues for trial, the Court finds good cause to extend the time for the parties to file additional motions for summary judgment. *See* Fed. R. Civ. P. 56(b) ("Unless a different time is set by local rule or the court orders otherwise, a party may file a motion for summary judgment at any time until 30 days after the close of all discovery.").

IT IS HEREBY ORDERED that any motion for summary judgment must be filed on or before May 16, 2022. Any response is due on May 30, 2022. Any reply is due on June 6. The Court will set oral argument at a later date if necessary. If no motions are filed, the claims to be tried will include all claims asserted by Plaintiffs in the proposed amended pretrial order.

Dated: April 25, 2022

Hon. William Q. Hayes
United States District Court