UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE L. MOODY, GARY T. DEANS, BILLY R. WILLIAMS, and DONNEL JONES Jr.,<br><br>Plaintiffs,<br><br>v.<br><br>RODRIGUEZ, J. MCGEE, J. SALAZAR, D. RAMOS, ADAMS, J. HERRERA, W. EDROZO, E. CRUZ, J. DURAN, AVILA, I. BRAVO, and DOES 1-50,<br><br>Defendants. | Case No.: 18cv1110-WQH-AGS<br><br>**ORDER** |

HAYES, Judge:

The Court has reviewed the Joint Motion to Extend Deadlines (ECF No. 94), which requests that the Court extend the deadlines contained in the Court's March 28, 2022 Order (ECF No. 88) while the Court decides Defendants' Motion for Partial Summary Judgment (ECF No. 90). For good cause shown, the Joint Motion to Extend Deadlines (ECF No. 94) is **GRANTED**.

The Scheduling Order is amended as follows:

- Motions in Limine and/or *Daubert* motions, previously due June 10, 2022, are now due July 8, 2022;

- - Oppositions to Motions in Limine and/or *Daubert* motions, previously due June 24, 2022, are now due July 22, 2022;
  - Replies to Oppositions to Motions in Limine and/or *Daubert* motions, previously due July 1, 2022, are now due July 29, 2022;
- Proposed Joint or Independent Jury Instructions, previously due June 10, 2022, are now due July 8, 2022;
  - Written objections to Proposed Jury Instructions, previously due June 24, 2022, are now due July 22, 2022;
- Proposed Joint or Separate Verdict Forms, previously due June 10, 2022, are now due July 8, 2022;
  - Written objections to Proposed Verdict Forms, previously due June 24, 2022, are now due July 22, 2022;
- Proposed Voir Dire Questions, previously due June 24, 2022, are now due July 22, 2022;
- Trial Briefs, previously due June 24, 2022, are now due July 22, 2022; and
- The Hearing on the Motions in Limine and/or *Daubert* motions, Proposed Jury Instructions, and Proposed Verdict Forms, previously scheduled for July 8, 2022, at 1:30 p.m. will now be heard August 5, 2022, at 1:30 p.m.

Dated: June 9, 2022

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court