**FILED**

MAR **2 2** 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE L. MOODY, GARY T. DEANS, BILLY R. WILLIAMS, and DONNEL JONES Jr., <br><br> Plaintiffs, <br><br> v. <br><br> J. MCGEE; J. SALAZAR; D. RAMOS; W. EDROZO; E. CRUZ; and I. BRAVO, <br><br> Defendants. | Case No.: 18cv1110-WQH-AGS <br><br> **VERDICT** |

We, the Jury, unanimously find the following verdict, on the questions submitted to us:

**I.   Plaintiff Moody**

Question 1: Did Plaintiff Ronnie Moody prove by a preponderance of the evidence that any of the following Defendants are liable to Plaintiff Moody for the use of excessive force in violation of § 1983?

J. McGee:   Yes:_____   No:__✓__

J. Salazar:   Yes:_____   No:__✓__

D. Ramos:   Yes:_____   No:__✓__

<u>Question 2</u>: Did Plaintiff Moody prove by a preponderance of the evidence that any of the following Defendants are liable to Plaintiff Moody for violating the Bane Act?

J. McGee:    Yes:_____    No: ✓

J. Salazar:  Yes:_____    No: ✓

D. Ramos:    Yes:_____    No: ✓

<u>Question 3</u>: Did Plaintiff Moody prove by a preponderance of the evidence that any of the following Defendants are liable to Plaintiff Moody for assault?

J. McGee:    Yes:_____    No: ✓

J. Salazar:  Yes:_____    No: ✓

D. Ramos:    Yes:_____    No: ✓

<u>Question 4</u>: Did Plaintiff Moody prove by a preponderance of the evidence that any of the following Defendants are liable to Plaintiff Moody for battery?

J. McGee:    Yes:_____    No: ✓

J. Salazar:  Yes:_____    No: ✓

D. Ramos:    Yes:_____    No: ✓

<u>Question 5</u>: Did Plaintiff Moody prove by a preponderance of the evidence that any of the following Defendants are liable to Plaintiff Moody for intentional infliction of emotional distress?

J. McGee:    Yes:_____    No: ✓

J. Salazar:  Yes:_____    No: ✓

D. Ramos:    Yes:_____    No: ✓

Question 6: Did Plaintiff Moody prove by a preponderance of the evidence that any of the following Defendants are liable to Plaintiff Moody for negligence?

J. McGee:   Yes:_____   No:__✓__

J. Salazar:   Yes:_____   No:__✓__

D. Ramos:   Yes:_____   No:__✓__

Question 7: If you answered "Yes" as to any Defendant in Question 6, what percentage of responsibility for negligence do you assign to the following individuals? You must not assign responsibility to any Defendant whom you did not respond "Yes" to in Question 6. The total must equal 100%.

Plaintiff Moody:   _____%

J. McGee:   _____%

J. Salazar:   _____%

D. Ramos:   _____%

Other Person[s]:   _____%

Question 8: If you answered "Yes" as to any Defendant in Questions 1, 2, 3, 4, 5, or 6, what is the amount of damages, if any, that you award Plaintiff Moody to compensate him for any injuries? This amount must not include any award to punish the Defendants.

$_____

Question 9: If you answered "Yes" as to any Defendant in Questions 1, 3, or 4, and did not award damages in Question 8, what is the amount of nominal damages that you award Plaintiff Moody? You must award an amount of nominal damages greater than $0 and no more than $1.

$_____

Question 10: If you answered "Yes" as to any Defendant in Question 1, do you find by a preponderance of the evidence that any Defendant's conduct was malicious, oppressive, or in reckless disregard of Plaintiff Moody's rights? You may only complete this question for the Defendant(s) for whom you responded "Yes" in Question 1.

J. McGee:    Yes:_____    No:_____

J. Salazar:    Yes:_____    No:_____

D. Ramos:    Yes:_____    No:_____

Question 11: If you answered "Yes" as to any Defendant in Questions 2, 3, 4, 5, or 6, do you find by clear and convincing evidence that any Defendant's conduct was malicious, oppressive, or fraudulent? You may only complete this question for the Defendant(s) for whom you responded "Yes" in Questions 2, 3, 4, 5, or 6.

J. McGee:    Yes:_____    No:_____

J. Salazar:    Yes:_____    No:_____

D. Ramos:    Yes:_____    No:_____

## II.    Plaintiff Deans

Question 12: Did Plaintiff Gary Deans prove by a preponderance of the evidence that any of the following Defendants are liable to Plaintiff Deans for the use of excessive force in violation of § 1983?

J. McGee:    Yes:_____    No: ✔

J. Salazar:    Yes:_____    No: ✔

Question 13: Did Plaintiff Deans prove by a preponderance of the evidence that any of the following Defendants are liable to Plaintiff Deans for violating the Bane Act?

J. McGee:    Yes:_____    No: ✔

J. Salazar:    Yes:_____    No: ✔

4

1    Question 14: Did Plaintiff Deans prove by a preponderance of the evidence that any
2    of the following Defendants are liable to Plaintiff Deans for assault?

3                                J. McGee:    Yes:_____   No:__✓__
4                                J. Salazar:   Yes:_____   No:__✓__

5

6    Question 15: Did Plaintiff Deans prove by a preponderance of the evidence that any
7    of the following Defendants are liable to Plaintiff Deans for battery?

8                                J. McGee:    Yes:_____   No:__✓__
9                                J. Salazar:   Yes:_____   No:__✓__

10

11    Question 16: Did Plaintiff Deans prove by a preponderance of the evidence that any
12    of the following Defendants are liable to Plaintiff Deans for intentional infliction of
13    emotional distress?

14                               J. McGee:    Yes:_____   No:__✓__
15                               J. Salazar:   Yes:_____   No:__✓__

16

17    Question 17: Did Plaintiff Deans prove by a preponderance of the evidence that any
18    of the following Defendants are liable to Plaintiff Deans for negligence?

19                               J. McGee:    Yes:_____   No:__✓__
20                               J. Salazar:   Yes:_____   No:__✓__

21

22

23

24

25

26

27

28

Question 18: If you answered "Yes" as to any Defendant in Question 17, what percentage of responsibility for negligence do you assign to the following individuals? You must not assign responsibility to any Defendant whom you did not respond "Yes" to in Question 17. The total must equal 100%.

Plaintiff Deans:  _____%

J. McGee: _____%

J. Salazar: _____%

Other Person[s]: _____%

Question 19: If you answered "Yes" as to any Defendant in Questions 12, 13, 14, 15, 16, or 17, what is the amount of damages, if any, that you award Plaintiff Deans to compensate him for any injuries? This amount must not include any award to punish the Defendants.

$ _____

Question 20: If you answered "Yes" as to any Defendant in Questions 12, 14, or 15, and did not award damages in Question 19, what is the amount of nominal damages that you award Plaintiff Deans? You must award an amount of nominal damages greater than $0 and no more than $1.



$ _____

18cv1110-WQH-AGS

1    Question 21: If you answered "Yes" as to any Defendant in Question 12, do you find
2  by a preponderance of the evidence that any Defendant's conduct was malicious,
3  oppressive, or in reckless disregard of Plaintiff Deans' rights? You may only complete this
4  question for the Defendant(s) for whom you responded "Yes" in Question 12.

J. McGee:   Yes:_____ No:_____
J. Salazar:   Yes:_____ No:_____

8    Question 22: If you answered "Yes" as to any Defendant in Questions 13, 14, 15,
9  16, or 17, do you find by clear and convincing evidence that any Defendant's conduct was
10  malicious, oppressive, or fraudulent? You may only complete this question for the
11  Defendant(s) for whom you responded "Yes" in Questions 13, 14, 15, 16, or 17.

J. McGee:   Yes:_____ No:_____
J. Salazar:   Yes:_____ No:_____

## III.   Plaintiff Jones

Question 23: Did Plaintiff Donnell Jones prove by a preponderance of the evidence
that any of the following Defendants are liable to Plaintiff Jones for the use of excessive
force in violation of § 1983?

J. McGee:   Yes:_____ No: ✓
W. Edrozo:   Yes:_____ No: ✓
E. Cruz:    Yes:_____ No: ✓

Question 24: Did Plaintiff Jones prove by a preponderance of the evidence that any
of the following Defendants are liable to Plaintiff Jones for violating the Bane Act?

J. McGee:   Yes:_____ No: ✓
W. Edrozo:   Yes:_____ No: ✓
E. Cruz:    Yes:_____ No: ✓

7

18cv1110-WQH-AGS

1    Question 25: Did Plaintiff Jones prove by a preponderance of the evidence that any

2    of the following Defendants are liable to Plaintiff Jones for assault?

3                                              J. McGee:    Yes:_____    No:__✓__

4                                              W. Edrozo:  Yes:_____    No:__✓__

5                                              E. Cruz:      Yes:_____    No:__✓__

6

7    Question 26: Did Plaintiff Jones prove by a preponderance of the evidence that any

8    of the following Defendants are liable to Plaintiff Jones for battery?

9                                              J. McGee:    Yes:_____    No:__✓__

10                                             W. Edrozo:  Yes:_____    No:__✓__

11                                             E. Cruz:      Yes:_____    No:__✓__

12

13   Question 27: If you answered "Yes" as to any Defendant in Questions 23, 25, or 26,

14   what is the amount of nominal damages that you award Plaintiff Jones? You must award

15   an amount of nominal damages greater than $0 and no more than $1.

16                          $_____/_____

17

18   Question 28: If you answered "Yes" as to any Defendant in Question 23, do you find

19   by a preponderance of the evidence that any Defendant's conduct was malicious,

20   oppressive, or in reckless disregard of Plaintiff Jones' rights? You may only complete this

21   question for the Defendant(s) for whom you responded "Yes" in Question 23.

22                                             J. McGee:    Yes:_____    No:_____

23                                             W. Edrozo:  Yes:___/___    No:_____

24                                             E. Cruz:      Yes:_____    No:_____

25

26

27

28

8

1 | **IV.    Plaintiff Williams**

2        Question 29: Did Plaintiff Billy Williams prove by a preponderance of the evidence

3   that any of the following Defendants are liable to Plaintiff Williams for the use of excessive

4   force in violation of § 1983?

5                                                   J. McGee:   Yes:_____   No:__✓__

6                                                   J. Salazar:   Yes:_____   No:__✓__

7                                                   I. Bravo:   Yes:_____   No:__✓__

8

9        Question 30: Did Plaintiff Williams prove by a preponderance of the evidence that

10   any of the following Defendants are liable to Plaintiff Williams for retaliation in violation

11   of § 1983?

12                                                  J. Salazar:   Yes:_____   No:__✓__

13                                                  I. Bravo:   Yes:_____   No:__✓__

14

15       Question 31: Did Plaintiff Williams prove by a preponderance of the evidence that

16   any of the following Defendants are liable to Plaintiff Williams for violating the Bane Act?

17                                                  J. McGee:   Yes:_____   No:__✓__

18                                                  J. Salazar:   Yes:_____   No:__✓__

19                                                  I. Bravo:   Yes:_____   No:__✓__

20

21       Question 32: Did Plaintiff Williams prove by a preponderance of the evidence that

22   any of the following Defendants are liable to Plaintiff Williams for assault?

23                                                  J. Salazar:   Yes:_____   No:__✓__

24                                                  I. Bravo:   Yes:_____   No:__✓__

25

26

27

28

9

Question 33: Did Plaintiff Williams prove by a preponderance of the evidence that any of the following Defendants are liable to Plaintiff Williams for battery?

J. Salazar:   Yes:_____   No:___✓___

I. Bravo:   Yes:_____   No:___✓___

Question 34: Did Plaintiff Williams prove by a preponderance of the evidence that any of the following Defendants are liable to Plaintiff Williams for intentional infliction of emotional distress?

J. McGee:   Yes:_____   No:___✓___

J. Salazar:   Yes:_____   No:___✓___

I. Bravo:   Yes:_____   No:___✓___

Question 35: Did Plaintiff Williams prove by a preponderance of the evidence that any of the following Defendants are liable to Plaintiff Williams for negligence?

J. McGee:   Yes:_____   No:___✓___

J. Salazar:   Yes:_____   No:___✓___

I. Bravo:   Yes:_____   No:___✓___

Question 36: If you answered "Yes" as to any Defendant in Question 35, what percentage of responsibility for negligence do you assign to the following individuals? You must not assign responsibility to any Defendant whom you did not respond "Yes" to in Question 35. The total must equal 100%.

Plaintiff Williams: _____%

J. McGee:   _____%

J. Salazar:   _____%

I. Bravo:   _____%

Other Person[s]:   _____%

10

18cv1110-WQH-AGS

Question 37: If you answered "Yes" as to any Defendant in Questions 29, 30, 31, 32, 33, 34, or 35, what is the amount of damages, if any, that you award Plaintiff Williams to compensate him for any injuries? This amount must not include any award to punish the Defendants.

$\$\underline{\hspace{3cm}}$

Question 38: If you answered "Yes" as to any Defendant in Questions 29, 30, 32, or 33, and did not award damages in Question 37, what is the amount of nominal damages that you award Plaintiff Williams? You must award an amount of nominal damages greater than $0 and no more than $1.

$\$\underline{\hspace{3cm}}$

Question 39: If you answered "Yes" as to any Defendant in Questions 29 or 30, do you find by a preponderance of the evidence that any Defendant's conduct was malicious, oppressive, or in reckless disregard of Plaintiff Williams' rights? You may only complete this question for the Defendant(s) for whom you responded "Yes" in Questions 29 or 30.

J. McGee:     Yes:_____     No:_____
J. Salazar:   Yes:_____     No:_____
I. Bravo:     Yes:_____     No:_____

Question 40: If you answered "Yes" as to any Defendant in Questions 31, 32, 33, 34, or 35, do you find by clear and convincing evidence that any Defendant's conduct was malicious, oppressive, or fraudulent? You may only complete this question for the Defendant(s) for whom you responded "Yes" in Questions 31, 32, 33, 34, or 35.

J. McGee:     Yes:_____     No:_____
J. Salazar:   Yes:_____     No:_____
I. Bravo:     Yes:_____     No:_____

1    The presiding juror shall sign and date this verdict form and return it to the Court.

2

3    Dated: _3/22/23_____

4

5                                           By:    ▮

6                                                  Presiding Juror

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

12